Conti v Auburn Community Hosp. (2024 NY Slip Op 00516)

Conti v Auburn Community Hosp.

2024 NY Slip Op 00516

Decided on February 2, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 2, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, BANNISTER, OGDEN, AND GREENWOOD, JJ.

107 CA 23-00704

[*1]AUBREY CONTI, PLAINTIFF-RESPONDENT,
v
AUBURN COMMUNITY HOSPITAL, DEFENDANT-APPELLANT. 

BOND, SCHOENECK & KING, PLLC, SYRACUSE (ADAM P. MASTROLEO OF COUNSEL), FOR DEFENDANT-APPELLANT.
EL-HAG & ASSOCIATES, P.C., WHITE PLAINS (DYLAN WILEY OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Cayuga County (Thomas G. Leone, A.J.), entered April 3, 2023. The order denied the motion of defendant to dismiss the complaint. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: February 2, 2024
Ann Dillon Flynn
Clerk of the Court